UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
          Plaintiff

v.                                   No. 16-05156

PAULA J. MERLINO,
          Defendant

## DEFAULT JUDGMENT

AND NOW, this 23rd day of December, 2016, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, September 29, 2016 and, after due service of process on Defendant, PAULA J. MERLINO, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, PAULA J. MERLINO, in the amount of $2,458.71. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 12/23/16

                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania
                                By: _____
                                         Deputy Clerk